WILLIAM C. CALLAHAM, ESQ. / SBN: 60728
*wcallaham@wilcoxenlaw.com*
CHRISTOPHER G. ROMERO, ESQ. / SBN: 309164
*cromero@wilcoxenlaw.com*
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAE SERKIN, | Case No.: 2:17-cv-01058-JAM-DB |
| Plaintiff, | **ORDER GRANTING JOINT REQUEST FOR MODIFICATION TO PRE-TRIAL SCHEDULING STATUS ORDER** |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 50, inclusive, | **Complaint Filed: December 30, 2016**<br>**Trial Date: August 27, 2018** |
| Defendants. | |

It is hereby ordered, after review of the Joint Request and the Court's file, and good cause appearing therefore, the parties Joint Request for Modification to Pre-Trial Scheduling Status Order is GRANTED.

The Pre-trial Scheduling Order is modified as follows:

Expert witness disclosure is extended to **April 16, 2018**.

Supplemental/rebuttal disclosure is extended to **April 30, 2018**.

The discovery cutoff is extended to **May 14, 2018**.

IT IS SO ORDERED.

Dated: 3/2/2018

                                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Court Judge

{00152648}

-1-
[PROPOSED] ODER GRANTING JOINT REQUEST FOR MODIFICATION TO PRE-TRIAL SCHEDULING STATUS ORDER